IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
    v.                           )
                                 )
JIMMY GREEN,                     )
                                 )
            Defendant.           )
                                 ) Case No. 3:21-cr-00042-JMK-MMS
_____)

## **DECLARATION OF REX LAMONT BUTLER**

This document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

STATE OF ALASKA              )
                             )
THIRD JUDICIAL DISTRICT      )

REX LAMONT BUTLER, being first duly sworn upon oath, deposes and declares as follows:

1. that I am the attorney of record for the Defendant in this case;

2. that the information contained within my motion is true and correct to the best of my knowledge, and

Further your Declarant sayeth naught.

DATED at Anchorage, Alaska, on this 29th day of October, 2021.

> s/ Rex Lamont Butler
> 745 W. 4th Avenue, Ste., 300
> Anchorage, Alaska, 99501.
> (907) 272-1497
> (907) 276-3306
> rexbutlercalendar@gmail.com
> ABN: 8310105

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)